IN THE UNITED STATES DISTRICT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS JOHNSON, #220424, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EARNEST STANTON, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 1:13-00116-WS-N |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A), and dated January 9, 2014, is **ADOPTED** as the opinion of this Court. It is **ORDERED** that plaintiff's motion for a preliminary injunction (doc. 8) be and is hereby **DENIED**.

**DONE** this 10th day of February, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE