# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DENNIS JOHNSON, AIS # 220424,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 13-00116-WS-N |
| **EARNEST STANTON,** | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that Defendant Earnest Stanton's motion for summary judgment be **GRANTED** and that Plaintiff Dennis Johnson's action against said Defendant be **DISMISSED** with prejudice.

.

DONE this 9th day of June, 2014.

                                        s/WILLIAM H. STEELE
                                        **CHIEF UNITED STATES DISTRICT JUDGE**