## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

DENNIS JOHNSON, AIS # 220424,   :

  Plaintiff,         :

vs.             :     **CIVIL ACTION 13-00116-WS-N**

EARNEST STANTON,      :

  Defendant.       :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Defendant Earnest Stanton's motion for summary judgment be **GRANTED** and Plaintiff Dennis Johnson's action against said Defendant be **DISMISSED** with prejudice.

DONE this 9th day of June, 2014.

           **s/WILLIAM H. STEELE**
           **CHIEF UNITED STATES DISTRICT JUDGE**